AO 106A  (08/18) Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>A Single Family Residence in Epping, New Hampshire,<br>Further Identified in Attachment A | )<br>)<br>)<br>)<br>)<br>)<br>) |

Case No. 25-mj- 113-01-TSM

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):*

See Attachment A

located in the _____ District of _____ New Hampshire _____ , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more):*

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C.§ 1030(a)(2)(C); 18 U.S.C.§ 1028(a)(7); 18U.S.C.§ 2261A;18 U.S.C.§ 875(c) | Fraud and related activity in connection with computers; Fraud and related activity in connection with access devices; Stalking; Interstate Threats |

The application is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

/s/ Bryan Scheiber
*Applicant's signature*

Bryan Scheiber, FBI, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by _____ telephone _____ *(specify reliable electronic means).*

Date:  **Jun 23, 2025**

*Judge's signature*

City and state:  **Concord, New Hampshire**    **Talesha L. Saint-Marc, US Magistrate Judge**
*Printed name and title*